188 So. 393

### GILMORE v. STATE.
### 6 Div. 432.

Supreme Court of Alabama.

April 27, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

The appeal is from a judgment of conviction of murder in the first degree with infliction of the death penalty.

There was no bill of exceptions, and the appeal is upon the record.

624

We find nothing in the record, regular in all respects, which appears worthy of discussion. No error appearing, the judgment is due to be affirmed. It is so ordered.

Affirmed.

All the Justices concur.